IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | 4:00CR3037 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| INDIRA DEVI NARAINE, | ) | |
| Defendant. | ) | |

IT IS ORDERED that the defendant's unopposed motion to continue disposition hearing (filing 49) is denied, without prejudice to a continuance of the sentencing hearing.

October 26, 2005.

BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge