IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:00CR3037 |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| INDIRA DEVI NARAINE, | ) | |
| | ) | |
| Defendant. | ) | |

    On February 23, 2007, a dispositional hearing was held. The defendant appeared in person with her attorney, Michael Hansen. The United States was represented by Sara E. Fullerton, Assistant United States Attorney. Upon previously admitting to allegation 1 of the Petition for Offender Under Supervision, the Court found the defendant did violate the terms and conditions of supervised release as alleged in the Report on Offender Under Supervision (filing 57).

    IT IS ORDERED that defendant's supervised release is not revoked and will continue with the following special condition:

    1.  Defendant shall participate in the Home Confinement Program under electronic monitoring for a period of ten (10) consecutive months. Home confinement shall commence according to a schedule arranged by the Home Confinement Specialist for the District of Nebraska. The defendant shall comply with the provisions of the Home Confinement Participant Agreement for the District of Nebraska and shall pay the costs of electronic monitoring. The defendant may work or go to school while on home confinement.

    All other terms and conditions of supervision, both general and special, shall remain the same as previously imposed in the Amended Judgment and Commitment Order filed on November 29, 2001 (filing #39).

    DATED: February 26, 2007

                                          BY THE COURT:

                                          s/ *Richard G. Kopf*
                                          United States District Judge